**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**QUANTREVIOUS RAHEEM RAY,**

**Plaintiff,**

**v.**

**Warden SHAWN EMMONS,**
***et al.*,**

**Defendants.**

**Case No. 5:26-cv-00259-MTT-CHW**

**Proceedings Under 42 U.S.C. § 1983**
**Before the U.S. Magistrate Judge**

**ORDER**

Before the Court is Plaintiff's "motion to compel, motion for injunctive relief, and motion to order jail to mail indigent legal documents," in which Plaintiff requests that the Court order the prison to mail his complaints to Defendants so that he may perfect service. (Doc. 28). Because Plaintiff is proceeding *in forma pauperis*, when the Court ordered service on Defendants (Doc. 8), the Clerk of Court prepared the service paperwork (Doc. 9) and forwarded it to the U.S. Marshals Service. Defendants have waived service. (Docs. 20, 21). Therefore, service is complete, and Plaintiff does not need to perfect service by mailing copies of his complaint as requested in his motion, and there is no action for this Court to compel. Based on the foregoing, Plaintiff's motion (Doc. 28) is **DENIED**.[1]

**SO ORDERED**, this 3rd day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

[1] Despite labeling his motion as one for injunctive relief, the motion requests no discernible injunctive relief.